IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | | | | |
|---|---|---|---|---|
| In RE: | RAYMOND PHILLIP HARTMANN | § | Case Number: | 20-44893-BLC-7 |
| | KERRI KAY HARTMANN | § | | |
| | Debtor(s) | § | Chapter: | 7 |

**REQUEST FOR NOTICE UNDER BANKRUPTCY RULE 2002**

    PLEASE TAKE NOTICE THAT BMW Financial Services NA, LLC hereby gives notice as follows:
Pursuant to 11 U.S.C. §342(f)(1), AIS Portfolio Services, LP hereby requests that:
    (i)    all notices given or required to be given in the case; and
    (ii)    all pleadings and correspondence served or required to be served in this case,
regarding BMW Financial Services NA, LLC should be directed to AIS Portfolio Services, LP at the following mailing address effective immediately:

    Attn:  BMW Financial Services NA, LLC Department
    AIS Portfolio Services, LP
    Account:  XXXXXX0796
    4515 N Santa Fe Ave. Dept. APS
    Oklahoma City, OK 73118

    This request encompasses all notices, copies and pleadings referred to in Rules 2002, 9007 or 9008 of the Bankruptcy Rules, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings, Requests, Applications, Schedules, Statements, Plans, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopier, telex, or otherwise which affects or seeks to affect the above case.

    Respectfully submitted,

    /s/ Ashish Rawat
    Ashish Rawat
    Claims Processor
    Bankruptcy Servicer for BMW Financial Services NA, LLC
    AIS Portfolio Services, LP
    4515 N Santa Fe Ave. Dept. APS
    Oklahoma City, OK 73118
    (817)277-2011, Fax (817) 461-8070
    ecfnotices@ascensioncapitalgroup.com
    File # 1320250